# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2008

134696

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD M. GOODMAN and GOODMAN,
LISTER & PETERS, P.C.,
      Plaintiffs-Appellants,

v

MARJORIE J. DAHRINGER, as Personal
Representative of the Estate of Douglas Koster,
      Defendant-Appellee.

SC: 134696
COA: 273680
Livingston CC: 05-021362-CZ

_____/

On order of the Court, the application for leave to appeal the July 27, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals to provide an explanation, to be filed with the Clerk of this Court within 42 days of the date of this order, of why it has jurisdiction over this case, given its procedural history.

We retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2008

Clerk

t0318